IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-CR-0180 MCE |
| Plaintiff, | ) |
| v. | ) |
| GURDEV JOHL, | ) |
| Defendants. | ) |

The United States has submitted a request to seal its motion pursuant to U.S.S.G. 5k1.1 as to defendant Gurdev Johl. No opposition has been filed. The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion pursuant to U.S.S.G 5k1.1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion pursuant to U.S.S.G 5k1.1 that would adequately protect the compelling interests identified by the government.

1  Accordingly, the Court GRANTS the government's request to seal its motion pursuant to
2  U.S.S.G. 5k1.1 as to Gurdev Johl.
3  IT IS SO ORDERED.
4  DATED: January 11, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT