# UNITED STATES DISTRICT COURT
Eastern District of California

# Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Name of Offender:** Gurdev Kaur Johl | **Docket Number:** 0972 2:12CR00180 |

**Name of Judicial Officer**: Chief United States District Judge Morrison C. England

**Date of Original Sentence:** 12/3/2015

**Original Offense:** 18 U.S.C. § 371 Conspiracy to Commit Mail Fraud (Class D Felony)

**Original Sentence:** 1 day custody Bureau of Prisons; 36 month Term of Supervised Release; No firearms; DNA collection; $222,037.85 restitution; $100 special assessment.

**Special Conditions**: Warrantless Search; No Dissipation of Assets; Apply All Monies to any unpaid restitution; Financial Disclosure; Financial Restrictions; Location Monitoring (8 months).

**Type of Supervision:** TSR

**Date Supervision Commenced:** 12/3/2015

**Other Court Actions:**
None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall also comply with the following special conditions:

7. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

**Justification:** During a recent home visit, Ms. Johl shared feelings of hopelessness and what appear to be symptoms of depression. Specifically, she spoke about how much she missed her late husband who recently passed after more than 40 years of marriage. Moreover, she relayed stress involving her financial situation after the majority of her savings was seized and applied toward her criminal monetary penalties.

Ms. Johl relayed while on pretrial supervision, she was seen by Dr. Lazinski and benefited greatly through his services. That said, the offender has requested a modification to include mental health services be recommended. During her term of supervision, Ms. Johl has remained compliant with her Court-imposed term of home confinement, remains on schedule with her restitution payments, and appears compliant with all other conditions of her release.

Respectfully submitted,

**/s/ Vladimir Pajcin**

**VLADIMIR PAJCIN**
**United States Probation Officer**
Telephone: (916) 786-2357

**DATED:** 5/17/2016

Reviewed by,

**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**Dated:  May 19, 2016**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Jared Dolan; Sherry Haus

Defense Counsel: Candace Fry; Rajdep Chima