IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:12-cr-00180 MCE |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| GURDEV KAUR JOHL, | ) | |
| Defendant. | ) | |

The court referred a letter (ECF No. 348) to the Federal Defender. CJA Panel attorney Erin Radekin is hereby appointed for the limited purpose of consulting the defendant regarding this letter. Ms. Radekin is appointed effective September 6, 2017, the date the Office of the Federal Defender first contacted her.

IT IS SO ORDERED.

Dated: September 7, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL        1